UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LE'TAXIONE, <br> PLAINTIFF, <br><br> V. <br><br> COUNTY OF SPOKANE, MR. SPARBER (JAIL COMMANDER), Lt. WIRTH, Sgt. PURCELL, Sgt. HILL, OFFICER SMITH, CLASSIFICATION UNIT, MAILROOM STAFF #1493, MR. SCOTT (KITCHEN) et al., DEFENDANTS, <br> in individual and official capacities | Civil Action No. **2:22-cv-00078-MKD** <br><br> Judge <br> Magistrate Judge <br><br> 42 U.S.C § 1983 <br><br> Jury Trial Demanded |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
APR 22 2022
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## COMPLAINT

### INTRODUCTION

1. Plaintiff LE'TAXIONE is in pre-trial detention custody at the Spokane County Jail.

### DECLARATION OF LE'TAXIONE

Pursuant to 28 U.S.C. § 1746 I declare as follows:

2. My legal name is LE'TAXIONE and I am competent to make this declaration and the following is true and correct to the best of my knowledge.

3. I have been in pre-trial detention custody at the Spokane County Jail for 16 months (Dec. 2021 - April 2022).

4. In the 16 months that I've been incarcerated in the Spokane County Jail I've experienced racial and religious discrimination at the hands of jail leadership and staff.

1 of 3

5. For the entire 16 months of my incarceration in pre-trial detention at the Spokane County Jail I've written grievances and official misconduct complaints all the way up the chain to Mr. Sparber (Jail Commander) documenting the racial and religious discrimination and the disappearance of grievances and legal mail which denied me of my freedom of religious exercise and expression, my Due Process and Equal Protection rights and my rights to access the courts (1st, 14th, and 6th Amendment rights).

6. On April 5, 2022 I wrote another official misconduct complaint to Mr. Sparber (Jail Commander) expressing the racial and religious discrimination that I'd been experiencing as an Orthodox Hanafi Muslim and being forced to eat a vegetarian meal which is against the Holy Koran Ch. 2:168, Ch. 22:28, and Islamic Jurisprudence found in "Ascent to Felicity: A Manual on Islamic Creed and Hanafi Jurisprudence" pgs. 169-183.

7. On April 5, 2022 I was arbitrarily and capriciously moved to solitary confinement when the Classification Unit (I don't know their names) came to my minimum security dorm, where I'd been housed for 16 months, and asked about my grievance against Officer Smith then stated that Lt. Wirth had ordered that I be moved

due to my grievances and my advocate Mark McDaniel's calling the jail and complaining about my treatment by staff.

8. ON April 6th or 7th 2022 I arranged all of my grievances and official misconduct complaints, that covered my 16 months of incarceration at the Spokane County Jail, into exhibits and filed a 27 count 42 U.S.C § 1983 complaint against Spokane County and all named defendants "except the mailroom staff," to the United States District Court Eastern District of Washington which was given to Officer Noesen who acknowledges the large manilla envelope marked legal mail and stated that he'd in fact sent the legal mail to the mailroom.

9. On April 11, 2022 I wrote to the mail desk inquiring about my manilla envelope filed the United States District Court Eastern District of Washington. Staff member #1493 returned my mail desk inquiry stating "I do not see that this mailroom has received that envelope to mail out." (Communication enclosed).

I declare under the penalty of perjury that the foregoing is true and correct.

*Relaxone®*

Executed on this 17th day of April 2022 at Spokane, WA.

3 OF 3

# SPOKANE COUNTY DETENTION SERVICES

## INMATE GRIEVANCE / COMPLAINT

YOUR NAME: __LeTaxione_____ __448740__
           Last          First        MI              CCID #

DATE: __4-5-22_____     CELL ASSIGNMENT: __4E7_____

Write below the details of your complaint:

On 4-5-22 at approx. 12:00 pm I was pulled out of my door by classification who questioned me about Officer Smith who I filed a grievance against for not wearing his mask. I have been placed in solitary confinement. I have been retaliated against for filing grievances and separated from the only Muslims that I know of in the Spokane County jail which prosoribes me from having any contact with Muslims and no way to have congregational prayers which is mandated by the Holy Koran (Muslim bible) Surah 62.

RECEIVED BY: _____ DATE: _____

ACTION TAKEN: _____

Noted

SIGNED OFF BY: __Sgt Hill__ DATE: __4·6·22__

C: Jail Commander              Classification
   Corrections Lieutenant      Inmate File
   Office Supervisor           Nurse Supervisor

Grievance Form.docx Jun 2013

## SPOKANE COUNTY DETENTION SERVICES
## INMATE REQUEST

Receiving Officer:
PERS # 224
Date: 04/11/22

Housing Unit: 6E1
Date: 4-11-22

Inmate: Trevidnt [?]
LAST NAME / FIRST NAME
DOB: 12-15-64
CCID: 448740

### JAIL DEPARTMENTS
- [ ] Admin
- [ ] Classification
- [ ] Commissary
- [ ] Education/GED
- [ ] Jail Records
- [ ] Kitchen
- [ ] Law Library
- [ ] Chaplain
- [ ] Programs
- [ ] Sergeants
- [ ] Property #
- [x] Mail Desk

### OTHER AGENCIES
- [ ] City Public Defender
- [ ] County Public Defender
- [ ] District Court
- [ ] DOC
- [ ] Sheriff Records
- [ ] Spokane PD Records
- [ ] Superior Court
- [ ] US Marshall's
- [ ] Counsel for Defense
- [ ] Municipal Court
- [ ] Other

\* Medical and Mental Health Requests must use a Medical Request Form

\*\* USE A SEPARATE FORM FOR EACH REQUEST \*\*

**Explanation:** I sent a manilla envelope full of legal pleadings out from 1H/5/E11 on 4-6 or 4-7-22 via my legal mail going to the U.S. District Court Eastern District of Washington.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DO NOT WRITE BELOW THIS LINE - JAIL STAFF ONLY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Reason:** I do not see that this mailroom has received that envelope to mail out.

**Responding Staff:** QD 1493
**Date:** 4/12/22

Exhibit