Case 2:22-cv-00078-MKD    ECF No. 6    filed 09/26/22    PageID.43    Page 1 of 4

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NFN LE'TAXIONE,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF SPOKANE, SPARBER, LT. WIRTH, SGT PURCELL, SGT HILL, OFFICER SMITH, CLASSIFICATION UNIT, MAILROOM STAFF #1493, and MR. SCOTT,<br><br>              Defendants. | No.   2:22-cv-00078-MKD<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE AND *IN FORMA PAUPERIS* REQUIREMENTS AND DENYING AS MOOT MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 2 |

On April 22, 2022, the Court received Plaintiff NFN Le'Taxione's *pro se* civil rights complaint. ECF No. 1. Plaintiff, a prisoner at the Spokane County Detention Services, did not pay the filing fee to commence this action as required by 28 U.S.C. § 1914. He also failed to comply with 28 U.S.C. § 1915(a)(2), which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their inmate account statement (or the

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND DENYING AS MOOT MOTION FOR APPOINTMENT OF COUNSEL -- 1

1  institutional equivalent) for the six months immediately preceding the filing of the
2  complaint.  Plaintiff was advised of these deficiencies by letter dated April 22,
3  2022.  ECF No. 3.
4     Plaintiff is proceeding *pro se* in two separate civil actions, both filed
5  pursuant to 42 U.S.C. § 1983 and alleging violations of his civil rights.
6  *Le'Taxione v. Spokane County, et al.*, Case No. 2:22-cv-00066-MKD
7  ("*Le'Taxione I*"); *Le'Taxione v. County of Spokane, et al.*, Case No. 2:22-cv-
8  00078-MKD ("*Le'Taxione II*").  Plaintiff submitted a copy of his trust fund
9  account statement for the six months immediately preceding the filing of the
10 complaint in *Le'Taxione I*, and the Court granted Plaintiff's Application to
11 Proceed *In Forma Pauperis* in that action.  Case No. 2:22-cv-00066-MKD; ECF
12 Nos. 4, 12.
13    On May 3, 2022, Plaintiff filed a Declaration in *Le'Taxione I*, asking the
14 Court to "please put all documentation from Case 2:22-cv-00066-MKD and Case
15 2:22-cv-00078-MKD together to form one case[.]"  Case No. 2:22-cv-00066-
16 MKD; ECF No. 16 at 1.  On August 12, 2022, the Court denied Plaintiff's
17 construed request to consolidate actions and has not directed service of Plaintiff's
18 complaint in *Le'Taxione I*.  Case No. 2:22-cv-00066-MKD; ECF No. 18.  Plaintiff
19 was advised in the Court's Order to Amend or Voluntarily Dismiss Complaint and
20 Denying Construed Request to Consolidate Actions in *Le'Taxione I* that if he does

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH *IN FORMA PAUPERIS* AND FILING FEE REQUIREMENTS AND DENYING AS MOOT MOTION FOR APPOINTMENT OF COUNSEL -- 2

not wish to proceed with two separate civil rights actions, then he should choose to file a First Amended Complaint in *Le'Taxione I* which cures the deficiencies identified in the Court's Order, and includes all causes of action and all Defendants. *Id*. at 34.

On August 15, 2022, this Court issued an Order to Comply with *In Forma Pauperis*/Filing Fee Requirements in the instant action. Case No. 2:22-cv-00078-MKD; ECF No. 5. Plaintiff was ordered to either submit a certified copy of his six-month inmate account statement (or institutional equivalent) for the period immediately preceding April 22, 2022, or explain why he should not be required to do so. *Id*. at 3. In the alternative, Plaintiff was instructed to pay the full $402.00 filing fee. *Id*. Plaintiff was cautioned that failure to do either within thirty (30) days of the date of the Order would result in the dismissal of this case. *Id*. Plaintiff did not comply with these directives and has filed nothing further in this action.

Accordingly, **IT IS ORDERED:**

1. For the reasons set forth above and in the Court's prior Order, ECF No. 5, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee and *in forma pauperis* requirements of 28 U.S.C. §§ 1914 and 1915.

2. Plaintiff's Motion for Appointment of Counsel, ECF No. 2, is **DENIED as moot**.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment**, provide copies to Plaintiff, and **CLOSE** the file.

**DATED** September 26, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
